## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**CHARLES CHERKES, et al.**

    **Plaintiff,**

                           **Case No.:**

**v.**

                           **State Court Case No.: C-03-CV-20-001778**

**TARGET CORPORATION,**

    **Defendant.**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

Defendant, Target Corporation ("Target"), by its attorneys, Daniel R. Lanier, Susan DuMont and Miles & Stockbridge P.C., gives notice to this Court pursuant to 28 U.S.C. Section 1441, et seq. that it is removing the above-captioned case, State Court Case No. C-03-CV-20-001778 from the Circuit Court for Baltimore County. In support of its action to remove, Target states:

## INTRODUCTION

1. On or about January 20, 2021, Plaintiffs, Charles Cherkes and Elyse C. Cherkes, filed an action against Target in the Circuit Court for Baltimore County entitled Charles Cherkes, et al. v. Target Corporation, Case No. C-03-CV-20-001778.

2. Target was served on or about January 22, 2021 with a Writ of Summons and a Complaint. A copy of the Writ of Summons and Complaint are attached as Exhibit A.

3. This Notice of Removal is being filed within thirty (30) days after service upon Target of a copy of the Complaint and Summons, and is timely filed under 28 U.S.C. Section 1446(b).

4. A Notice of Filing of Notice of Removal has been filed with the Circuit Court for

- 2 -

Baltimore County contemporaneously herewith.  A copy of that Notice is attached as Exhibit B.

## FACTS AND LAW SUPPORTING REMOVAL

5. Plaintiff is a resident of the State of Maryland.

6. Defendant Target is a Minnesota corporation with its principal place of business in Minnesota.

7. The amount in controversy in this matter exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

8. There is complete diversity of citizenship among the parties and this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. Section 1332.  Further, none of the parties joined and served as a defendant is a citizen of Maryland.

9. Pursuant to 28 U.S.C. Section 1446(a), true and legible copies of all process, pleadings, papers, and Orders which have been served upon Target in this matter are attached as Exhibit A.

**WHEREFORE**, Defendant, Target Corporation, respectfully requests, based upon the allegations of this Notice of Removal, that this action is properly removable and requests that this court retain jurisdiction over the same.

Respectfully submitted,

- 3 -

/s/ Daniel R. Lanier
Daniel R. Lanier
Federal Bar No. 04504
Susan DuMont
Federal Bar No. 20580
MILES & STOCKBRIDGE, P.C.
100 Light Street
Baltimore, Maryland  21202
(410) 727-6464 (t)
(410) 385-3700 (f)
dlanier@milesstockbridge.com
sdumont@milesstockbridge.com

Attorneys for Defendant,
Target Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February 2021, a copy of the foregoing **NOTICE OF REMOVAL** was mailed first-class, postage prepaid, to:

John R. Costello, Esquire
528 E. Joppa Road
Towson, Maryland 21286
*Attorney for Plaintiff*

/s/ Daniel R. Lanier
Daniel R. Lanier