

**Service of Process Transmittal**
01/22/2021
CT Log Number 538932022

TO: Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

RE: **Process Served in Maryland**

FOR: Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Charles Cherkes, et al., Pltfs. vs. Target Corporation, Dft. |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # C03CV20001778 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| ON WHOM PROCESS WAS SERVED: | The Corporation Trust Incorporated, Lutherville Timonium, MD |
| DATE AND HOUR OF SERVICE: | By Process Server on 01/22/2021 at 16:05 |
| JURISDICTION SERVED: | Maryland |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 01/22/2021, Expected Purge Date: 01/27/2021<br><br>Image SOP<br><br>Email Notification, Non Employee Litigation Target gl.legal@target.com |
| REGISTERED AGENT ADDRESS: | The Corporation Trust Incorporated<br>2405 York Rd<br>Ste 201<br>Lutherville Timonium, MD 21093<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / JD



**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**
401 Bosley Avenue, P.O. Box 6754
Towson, MD 21285-6754

Main: 410-887-2601
Fax: 410-887-3062

To: TARGET CORPORATION
SERVE ON: CORPORATION TRUST, INC.
2405 YORK ROAD, SUITE 201
LUTHERVILLE-TIMONIUM, MD 21093

Case Number: C-03-CV-20-001778
Other Reference Number(s):
Child Support Enforcement Number:

CHARLES CHERKES, ET AL. VS. TARGET CORPORATION

Issue Date: 1/20/2021

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

CHARLES CHERKES; ELYSE C CHERKES
250 President Street
Apt 313
Baltimore, MD 21202; 250 President Street
Apt 313
Baltimore, MD 21202

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*
Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 11/23/2020)          Page 1 of 2          01/20/2021 9:16 AM

1-26-2021          000307824G0001          6020210126008101

https://www.sedgwicksir.com/EditorHTML5/printModule.html          2/22/2021

Charles Cherkes, et al. vs. Target Corporation

Circuit Court for Baltimore County
Case Number: C-03-CV-20-001778

**SHERIFF'S RETURN**
(please print)

To: TARGET CORPORATION

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
                Name of person served

on _____ at _____
    Date of service              Location of service

_____ by _____ with the following:
                              Manner of service

☐ Summons                              ☐ Counter-Complaint
☐ Complaint                            ☐ Domestic Case Information Report
☐ Motions _____       ☐ Financial Statement
☐ Petition and Show Cause Order        ☐ Interrogatories
☐ Other _____
         Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address     ☐ No such address
☐ Address not in jurisdiction          ☐ Other _____
                                                 Please specify

Sheriff fee: $ _____  ☐ waived by _____

_____    _____
Date                      Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

CC-CV-032 (Rev. 11/23/2020)            Page 2 of 2                          01/20/2021 9:16 AM

| | |
|---|---|
| CHARLES CHERKES<br>250 President Street<br>Apt 313<br>Baltimore, MD 21202<br><br>and<br><br>ELYSE C. CHERKES<br>250 President Street<br>Apt 313<br>Baltimore, Maryland 21202<br>    *Plaintiff*<br><br>v.<br><br>TARGET CORPORATION<br>777 Nicollet Mall<br>Minneapolis, Minnesota 55402<br><br>SERVE ON: CORPORATION TRUST, INC<br>2405 York Road, Suite 201<br>Lutherville-Timonium, MD 21093<br><br>    *Defendant* | IN THE CIRCUIT COURT<br><br>OF MARYLAND<br><br>BALTIMORE COUNTY<br><br><br><br><br><br>Case No.: |

## COMPLAINT

## AND

## ELECTION FOR JURY TRIAL

NOW COMES the Plaintiffs, Charles Cherkes and Elyse C. Cherkes, by John R. Costello, Esq., and Hochberg, Costello, & Baron, their attorney, and sues Target Corporation, Defendant, and states as follows:

## FACTS COMMON TO ALL COUNTS

1-26-2021          000307824G0001          6020210126008101

1. That all times hereinafter mentioned, Defendant, Target Corporation is a duly licensed and registered corporate entity, duly licensed and registered in and doing business throughout the state of Maryland, including Baltimore County, Maryland, and which corporate entity owns, operates and manages a commercial retail store located at 9901 York Rd., Cockeysville, Maryland 21030;

2. That all times relevant hereto Defendant Target maintained and controlled daily operations of said store through its agents and employees.

3. That in such capacity, Defendant Target owed a duty to the public, including Plaintiff, to exercise reasonable and ordinary care in maintaining said premises and not allowing a hazardous condition to exist.

## COUNT ONE
## NEGLIGENCE

That Plaintiff incorporates by reference all facts and allegations contained in Paragraphs 1 through 3 of the Complaint and further states:

4. That on or about March 4, 2018, Plaintiff, Charles Cherkes, as an invitee, was shopping at the Target store located at 9901 York Road, Cockeysville, MD 21030;

5. That while carefully and prudently walking in an aisle at said store, and in the exercise of due care, said Plaintiff slipped and fell on a wet, foreign substance located on the aisleway where the Plaintiff was walking;

6. That the Plaintiff's slip and fall was caused by the negligence of the Defendant, by and through its agents and employees, in allowing a dangerous and hazardous condition to exist, where Defendant knew (actual knowledge) or in the exercise of reasonable, ordinary care, should have known (constructive knowledge), a foreign substance was on the floor in the aisle creating a hazard to shoppers walking through the aisle; in failing to remove in a reasonably timely manner

the foreign substance from the floor where Plaintiff was walking, thereby breaching Defendant's continuous duty to the public to prevent and properly address the presence of said dangerous and hazardous condition; in failing to warn the Plaintiff of the existence of said dangerous foreign substance on the floor where Plaintiff was walking; and the Defendant was otherwise careless and negligent.

7. That as direct result of Defendant's negligence, carelessness and breach of duty, Plaintiff was caused to fall;

8. That's a result of the fall, Plaintiff sustained serious and permanent injury to his spine, back, left hamstring and body as a whole;

9. That the serious bodily injuries sustained by the Plaintiff required him to obtain medical treatment, to lose time from work and his usual activities and duties, all of which have caused and will continue to cause Plaintiff great pain, suffering and physical and mental anguish;

10. That all the Plaintiff's injuries, damages, and other losses occurred solely as a result of Defendant's negligence, without any contributory negligence on the part of the Plaintiff thereunto contributing.

## COUNT TWO
## (LOSS OF CONSORTIUM)

The Plaintiffs, CHARLES CHERKES and ELYSE C. CHERKES, his wife, sue the Defendant, Target Corporation, in this Second Count of the Complaint and repeat and reallege all statements contained in the previous Count and paragraphs and state further as follows:

11. That at all times herein the Plaintiffs, Charles Cherkes and Elyse Costello Cherkes, were married as husband and wife;

12. That as a result of the injuries sustained by the Plaintiff, Charles Cherkes, the Plaintiffs,

as husband and wife, suffered loss to their marital relationship and loss of consortium.

**WHEREFORE** based on the reasons enumerated above, Plaintiff, Charles Cherkes demands judgment against the Defendant in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

                                                                                                                            _____

                                                      John R. Costello, Esq. (CPF: 7312010058)
                                                      528 E. Joppa Road
                                                      Towson, MD 21286
                                                      410-823-2922
                                                      jack@bestlawyershcb.com
                                                      *Attorney for Plaintiff*

## ELECTION FOR JURY TRIAL

The Plaintiffs elect a jury trial in this matter.

                                                       _____
                                                       John R. Costello, Esquire
                                                       *Attorney for Plaintiff*